| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SD-3C, LLC, | ) | Case No.: C 09-04774 PVT |
| | ) | |
| Plaintiff, | ) | **INTERIM ORDER RE DEFENDANT** |
| v. | ) | **ATECH TOTALSOLUTION'S** |
| | ) | **REQUEST TO EXTEND TIME FOR** |
| ATECH TOTALSOLUTION CO. LTD., | ) | **FURTHER RESPONSE AND** |
| | ) | **CONTINUE CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE** |
| _____ | ) | |
| | | **[Docket No. 14]** |

On June 8, 2010, counsel specially appeared for defendant Atech Totalsolution Co. Ltd. and requested an extension of time to respond to the operative pleading to July 1, 2010, and to continue the case management conference presently scheduled to be held on June 15, 2010 at 2PM.[1]

Plaintiff SD-3C may file its response, if any, to the above-specified letter no later than June

---

[1] Counsel for defendant Atech Totalsolutions electronically filed its request in a letter format. *See* Docket No. 14. The parties are advised that any further requests are to be filed in the proper format. *See, e.g.,* Civ L.R. 3-4

ORDER, *page 1*

1 | 14, 2010 at 12 noon PST.

2 |     IT IS SO ORDERED.

3 | Dated:    June 11, 2010

                                                PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*