UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SD-3C, LLC,<br><br>          Plaintiff,<br>   v.<br><br>ATECH TOTALSOLUTION CO. LTD.,<br><br>          Defendant.<br>_____ | Case No.: C 09-04774 PVT<br><br>**ORDER GRANTING DEFENDANT ATECH TOTALSOLUTION'S REQUEST TO EXTEND TIME FOR FURTHER RESPONSE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[Docket No. 14]** |

Counsel specially appearing for defendant Atech TotalSolution Co. Ltd. has requested an extension of time to answer, or otherwise respond to, the operative complaint to July 1, 2010 and to continue the case management conference scheduled to be held on June 15, 2010 at 2PM. ("defendant" or "Atech").  Plaintiff SD-3C, LLC opposes the request.  ("plaintiff" or "SD-3C").

Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that defendant Atech's request is granted.

Defendant Atech shall answer or otherwise respond to the operative complaint no later than July 1, 2010.

1    IT IS FURTHER ORDERED that the case management conference shall be continued to
2 July 27, 2010 at 2PM.
3    IT IS SO ORDERED.
4 Dated:   June 14, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge