1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SD-3C, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>ATECH TOTALSOLUTION<br>COMPANY, LTD.,<br><br>           Defendant. | Case No. C 09-04774 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

On July 20, 2010, plaintiff SD-3C, LLC appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Defendant Atech TotalSolution Company, Ltd. did not file a case management conference statement pursuant to the standard order regarding case management in civil cases and did not appear for the case management conference. Based on the Case Management Statement of plaintiff SD-3C, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to August 3, 2010 at 2:00 p.m.

IT IS FURTHER ORDERED that plaintiff SD-3C may appear telephonically at the case management conference scheduled to be held on August 3, 2010.

1  IT IS FURTHER ORDERED that defendant Atech is ordered to show cause why it
2 should not reimburse plaintiff SD-3C for the fees and costs it incurred in appearing for case
3 management conference held on July 20, 2010.
4  IT IS SO ORDERED.
5 Dated:   July 28, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*