1   JERROLD ABELES (SBN 138464)
    abeles.jerry@arentfox.com
2   ARENT FOX LLP
    555 W. Fifth Street, 48th Floor
3   Los Angeles, CA  90013
    Telephone:  213-629-7400
4   Facsimile:   213-629-7401

5

6   PAMELA M. DEESE (admitted *pro hac vice*)
    deese.pamela@arentfox.com
7   MATTHEW M. WRIGHT (admitted *pro hac vice*)
    wright.matthew@arentfox.com
8   ARENT FOX LLP
    1050 Connecticut Avenue, NW
9   Washington, DC  20036-5339
    Telephone:  202 857-6000
10  Facsimile:   202 857-6395

11  Attorneys for Plaintiff
    SD-3C, LLC
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16  SD-3C, LLC,                        Case No.  C 09-04774-PVT

17              Plaintiff,             AMEND XXXXXXXXXXX) ORDER
                                       GRANTING DEFENDANT'S MOTION
18  v.                                 FOR LEAVE TO AMEND ANSWER
                                       AND TO MODIFY THE CASE
19  ATECH TOTALSOLUTION CO.,           SCHEDULE
    LTD.,
20                                     DESIGNATION OF EXPERT
                Defendant.             WITNESSES
21                                     Date:  February 18, 2011
22

23

24       Defendant Atech TotalSolution Co., Ltd. ("Atech") filed its Motion for

25  Leave to Amend Answer and to Modify the Case Schedule on October 26, 2010,

26  which Motion was not opposed by Plaintiff SD-3C, LLC ("SD-3C").  Good cause

27  having been shown, the Motion is hereby GRANTED.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

                              -1-              PLAINTIFF'S AMENDED
                                               PROPOSED ORDER
                                               CASE NO. C09-04774-PVT

1    IT IS ORDERED that Atech shall file its First Amended Answer within five

2  days of this order, and a new case schedule is set forth as follows:

3

| Event | Date |
|---|---|
| Designation of Experts with Reports | 2/18/2011 |
| Designation of Rebuttal Experts with Reports | 3/3/2011 |
| Fact Discovery Cutoff | 3/3/2011 |
| Expert Discovery Cutoff | 3/18/2011 |
| Deadline for Filing Discovery Motions | Civ. L.R. 37-3 |
| Last Day for Dispositive Motion Hearing | 7/12/2011 @ 10:00 am |
| Final Pretrial Conference | 8/23/2011 @ 2:00 pm |
| Trial | 8/29/2011 @ 9:30 am |

10

11    IT IS SO ORDERED.

12                                          *Patricia V. Trumbull*

13                                          Hon. Patricia V. Trumbull
                                            United States Magistrate Judge

14  Dated:  11/15/2010

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

PLAINTIFF'S AMENDED
PROPOSED ORDER
CASE NO. C09-04774-PVT